# EXHIBIT 1



# CRUSH IT!

**Reg. No. 4,341,175**
**Registered May 28, 2013**
**Int. Cl.: 5**

**TRADEMARK**
**PRINCIPAL REGISTER**

CORE NUTRITIONALS, LLC (VIRGINIA LIMITED LIABILITY COMPANY)
201E
3830 9TH STREET NORTH
ARLINGTON, VA 22203

FOR: DIETARY AND NUTRITIONAL SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 1-0-2010; IN COMMERCE 1-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-614,878, FILED 5-2-2012.

DAWN HAN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Exhibit 1
Page 13