# EXHIBIT 2




Exhibit 2
Page 14

MY ACCOUNT |    0 ITEMS    - $0.00



Search...

HOME    ABOUT    PRODUCTS    STORE LOCATOR

CONTACT

# Product



## Krush It™

## $59.99

**Krush It™** is a high potency, high stimulant, extended energy pre-workout from the VMI BLACK SERIES. The Answer.The Solution. The never ending energy powerhouse you have been waiting for. Never before has an ultra-concentrated pre-





workout powder delivered this type of an engineered formula. A totally unique blend of botanicals carefully orchestrated to mount the strongest workouts.

- Ultra concentrated focal inhancers
- Rapid onset energy delivery
- Maximum strength endurance

Featuring:

**Super Human Krush It Pump Blend™** made of Beta-Alanine, L-Taurine & Theobromine.

**Focal Kinetic Krush It Matrix™** made of Choline Bitartrate, Caffeine Anhydrous, Infinergy™ DiCaffeine Malate, Norcoclaurine HCl & Rauwolfia Vomitora Extract

**KRUSH IT™ = EXPLOSIVE.KINETIC.ENERGY.**

Flavors    Hawaiian Hurricane

Clear selection

1      ADD TO CART

CATEGORY: PRE-WORKOUT.

Description    Reviews (0)



## Product Description

**What:** Krush It™ IS the new standard in high stim pre-workouts. Combined with nootropics and our formulation of the highest grade botanical blend, gives you the insane energy, focus and endurance you NEED AND WANT in your training regime.

**Who:** Anyone who trains HARD, and can handle the strength that Krush It™ delivers. This is NOT your average pre-workout- it is EXTREME, and should only be taken by people with a high tolerance for pre-workouts. Remember that we warned you…

**How:** Featuring our "Super Human Krush It Pump Blend" made of Beta Alanine, L-Taurine & Theobromine, along with our "Focal Kinetic Krush It Matrix" consisting of Choline Bitartrate, Caffeine Anhydrous, Infinergy™ DiCaffeine Malate, Norcoclaurine HCl & Rauwolfia Vomitora Extract, you'll receive immediate onset energy & endurance, maximum focus and that "Super Hero" strength.

**When:** Take one serving (1 scoop) in 8-10oz of water, 15-30 minutes prior to training/physical activity. To assess tolerance, use 1/2 of a serving (1 half of a scoop) 15-30 minutes prior to training, in 8-10 ounces of water. DO NOT, WE REPEAT, DO NOT exceed more than two scoops in any 24 hour period.

## Related Products



TRAIN 32sv



## Contact Info

Wholesale & Sales Email:
sales@vmisports.com

Customer Care & Product Information:
info@VMIsports.com

Employment / Sponsorship Information:
sales@VMISports.com

By Mail:
VMI Sports LLC
3838 Oak Lawn Ave
Suite #510
Dallas TX 75219

## Contact Us

Your Name...

Your Email Address...

Your Message...

SEND MESSAGE

**Exhibit 2**
**Page 18**

http://vmisports.com/product/krush-it/                                                 2/1/2016

## Follow us



© 2016 VMI Sports | All Rights Reserved

\* These statements have not been evaluated by the Food and Drug Administration. These products are not intended to diagnose, treat, cure or prevent any disease.

† When combined with a proper exercise and nutrition regimen. Statements based on early-stage independent 3rd party in vivo and / or in vitro model scientific research data findings for individual ingredients.

Developed by: Developer7.com

**Exhibit 2**
**Page 19**

http://vmisports.com/product/krush-it/ 2/1/2016